CLOSED

# U.S. District Court
## District of Kansas (Kansas City)
## CIVIL DOCKET FOR CASE #: 2:07-cv-02067-KHV-DJW
### Internal Use Only

| | |
|---|---|
| Redpath v. Nividia Corporation et al | Date Filed: 02/14/2007 |
| Assigned to: District Judge Kathryn H. Vratil | Date Terminated: 06/06/2007 |
| Referred to: Magistrate Judge David J. Waxse | Jury Demand: Plaintiff |
| Cause: 15:15 Antitrust Litigation | Nature of Suit: 410 Anti-Trust |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Scott Redpath**
*on behalf of himself and all others similarly situated*

represented by **Isaac L. Diel**
Sharp McQueen P.A.
6900 College Blvd., Suite #285
Overland Park, KS 66211
913-661-9931
Fax: 913-661-9935
Email: dslawkc@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Nividia Corporation**

represented by **Russell S. Jones, Jr.**
Shughart Thomson & Kilroy, PC--KC
Twelve Wyandotte Plaza
120 West 12th Street, Suite #1700
Kansas City, MO 64105
816-421-3355
Fax: 816-817-0198
Email: rjones@stklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Travis L. Salmon**
Shughart Thomson & Kilroy, PC--KC
Twelve Wyandotte Plaza
120 West 12th Street, Suite #1700
Kansas City, MO 64105
816-421-3355
Fax: 816-374-0509
Email: tsalmon@stklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**ATI Technologies, Inc.**

**Defendant**

**Advanced Micro Devices, Inc.**

**Interested Party**

| | |
|---|---|
| **Scott Erickson** | represented by **W. Joseph Bruckner**<br>Lockridge Grindal Nauen, PLLP<br>100 Washington Avenue S, Suite 2200<br>Minneapolis, MN 55401-2179<br>612-339-6900<br>Fax: 612-339-0981<br>Email: wjbruckner@locklaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 02/14/2007 | 1 | COMPLAINT (Summons Issued) with trial location of Kansas City, Kansas, filed by Scott Redpath.(kao) (Entered: 02/14/2007) |
| 02/14/2007 | | FILING FEE PAID: In the amount of $ 350, receipt number K4631006915. (kao) (Entered: 02/14/2007) |
| 02/14/2007 | | Summons Issued as to Nividia Corporation, ATI Technologies, Inc., Advanced Micro Devices, Inc.. (This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry) (kao) (Entered: 02/14/2007) |
| 02/27/2007 | | (Court only) Interested Party Scott Erickson rep by W. Joseph Bruckner added. (ck ) (Entered: 02/27/2007) |
| 02/27/2007 | 2 | LETTER, RESPONSE, SCHEDULE OF PENDING ACTIONS AND CERTIFICATE OF SERVICE From Interested Party Scott Erickson. (Attachments: # 1 Interested Party Response of Scott Erickson; # 2 Schedule of Pending Actions; # 3 Certificate of Service) (ck ) (Entered: 02/27/2007) |
| 04/04/2007 | 3 | ENTRY OF APPEARANCE by Travis L. Salmon on behalf of Nividia Corporation. (Salmon, Travis) (Entered: 04/04/2007) |
| 04/04/2007 | 4 | ENTRY OF APPEARANCE by Russell S. Jones, Jr on behalf of Nividia Corporation. (Jones, Russell) (Entered: 04/04/2007) |
| 04/04/2007 | 5 | Joint MOTION for Extension of Time to Respond to Complaint and Confer on and File a Discovery Schedule by Defendant Nividia Corporation. (Salmon, Travis) (Motion title modified on 4/5/2007. (mg)) (Entered: 04/04/2007) |
| 04/04/2007 | 6 | CORPORATE DISCLOSURE STATEMENT by Nividia Corporation. |

|  |  |  |
|---|---|---|
|  |  | (Salmon, Travis) (Entered: 04/04/2007) |
| 04/09/2007 | 7 | ORDER granting 5 Joint Motion for Extension of Time to Answer to Complaint and Confer on and File a Discovery Schedule. Defendants shall answer or otherwise plead in response to the Complaint 30 days after (1) the Judicial Panel on Multidistrict Litigation rules on pending motion to transfer and consolidate, and (2) any subsequent consolidated complaint is filed and served, without prejudice to the right of Defendants to seek additional time to answer or otherwise plead in response to the Complaint for good cause shown. In addition, the Court stays all pretrial proceedings in this District, pending resolution of the above-referenced motion Signed by Magistrate Judge David J. Waxse on 4/9/2007.(This is a TEXT ENTRY ONLY. There is no.pdf document associated with this entry.)(jm) (Entered: 04/09/2007) |
| 06/06/2007 | 8 | CONDITIONAL TRANSFER ORDER transferring case to the Northern District of California (MDL 07-1826). Terminating Case.(mm) (Entered: 06/06/2007) |
| 06/06/2007 |  | DOCKET ANNOTATION: PDF documents, Conditional Transfer Order and Docket Sheet emailed to Northern District of California per transfer request. (mm) (Entered: 06/06/2007) |