Michael P. Lehmann (Cal. Bar No. 77152)
Thomas P. Dove (Cal. Bar No. 51921)
Christopher L. Lebsock (Cal. Bar No. 184546)
Jon T. King (Cal. Bar No. 205073)
FURTH LEHMANN LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104-4249
Telephone:   (415) 433-2070
Facsimile:   (415) 982-2076
E-mail:      mplehmann@furth.com
             tdove@furth.com
             clebsock@furth.com
             king@furth.com

*Interim Counsel for the Indirect Purchaser Putative Class*

Isaac L. Diel
SHARP MCQUEEN, P.A.
6900 College Boulevard, Suite 285
Shawnee Mission, KS 66211
Telephone:   (913) 383-8711
Facsimile:   (913) 422-0307

*Counsel for Plaintiff Scott Redpath*

Additional Counsel for Plaintiff Scott Redpath
Listed on Signature Block

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| IN RE GRAPHICS PROCESSING UNITS ANTITRUST LITIGATION | Case No. M:07-CV-01826-WHA |
|---|---|
| | MDL No. 1826 |
| This Document Relates to: *Scott Redpath v. Nvidia Corporation, et al.*, Case No. 3:07-CV-02960-WHA | **PLAINTIFF SCOTT REDPATH'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT** |

TO THE HONORABLE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE AND BE ADVISED THAT Plaintiff Scott Redpath ("Plaintiff Redpath"), plaintiff in the putative class action captioned *Scott Redpath v. Nvidia Corporation, et al.*, Case No. 3:07-CV-02960-WHA, voluntarily dismisses his complaint. No consideration has been offered or received in connection with this dismissal.

85631.1

PLAINTIFF SCOTT REDPATH'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT

1  Because Plaintiff Redpath does not represent a certified class, no Court approval is
2  necessary. *See* Fed. R. Civ. Proc. 23(e)(1)(A) ("The court must approve any settlement,
3  voluntary dismissal, or compromise of the claims, issues, or defenses of a certified class.").
4        Plaintiff Redpath is not a named plaintiff in the First Consolidated Class
5  Action Complaint by Indirect Purchaser Plaintiffs for Violation of State and Federal
6  Antitrust Laws, State Consumer Protection Laws, and Unjust Enrichment, filed on June 14,
7  2007.
8  Dated: July 26, 2007      Respectfully submitted,

By:    /s/ Jon T. King
  Michael P. Lehmann
  Thomas P. Dove
  Christopher L. Lebsock
  Jon T. King
  FURTH LEHMANN LLP
  225 Bush Street, 15th Floor
  San Francisco, CA 94104-4249
  Telephone: (415) 433-2070
  Facsimile: (415) 982-2076

*Interim Counsel for the Indirect Purchaser Putative Class*

Isaac L. Diel
SHARP MCQUEEN, P.A.
6900 College Boulevard, Suite 285
Shawnee Mission, KS 66211
Telephone: (913) 383-8711
Facsimile: (913) 422-0307

Daniel R. Karon
GOLDMAN SCARLATO & KARON, P.C.
55 Public Square, Suite 1500
Cleveland, OH 44113
Telephone: (216) 622-1851
Facsimile: (216) 622-1852

Krishna B. Narine
LAW OFFICES OF KRISHNA B. NARINE
7893 Montgomery Avenue, Suite 300
Elkins Park, PA 19027
Telephone: (215) 782-3240
Facsimile: (215) 782-3241

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

Gordon Ball
BALL & SCOTT
550 Main Avenue, Suite 750
Knoxville, TN 37902
Telephone:    (865) 525-7028
Facsimile:    (865) 525-4679

*Counsel for Plaintiff Scott Redpath*

# PROOF OF SERVICE

I, Robert L. Newman, declare under penalty of perjury that the following is true and correct:

I am a citizen of the United States; am over the age of 18 years; am employed by FURTH LEHMANN LLP, located at 225 Bush Street, 15th Floor, San Francisco, California 94104, whose members are members of the State Bar of California and at least one of whose members is a member of the Bar of each Federal District Court within California; am not a party to the within action; and that I caused to be served a true and correct copy of the following documents in the manner indicated below:

1. PLAINTIFF SCOTT REDPATH'S NOTICE OF VOLUNTARY DISMISSAL OF COMPLAINT; and

2. PROOF OF SERVICE.

☑ **By Electronic Filing**: I served a true copy on this date of each document listed above via the Court's ECF system on all parties registered for electronic filing in this action.

Executed on July 26, 2007 at San Francisco, California.

Signed /s/   Robert L. Newman

85635.1                                    -1-
PROOF OF SERVICE